**Order entered February 4, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01343-CV

### IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

The reporter's record in this appeal is overdue. By postcard dated December 4, 2019, we directed Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file, within thirty days, the reporter's record, written verification no hearings were recorded; or written verification appellant had not requested the record. To date, Ms. Finkley has not responded. Accordingly, we **ORDER** Ms. Finkley to file the record or requested verification no later than February 18, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the parties.

/s/     KEN MOLBERG
          JUSTICE